**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Gettysburg Rental and Outdoor Power Equipment Center, LLC** | |
|---|---|---|---|

| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Gettysburg Rntl & Outdr Pwr Eqp Ctr LLC**<br>**DBA  Gettysburg Rental Center** | |
|---|---|---|---|

| 3. | Debtor's federal Employer Identification Number (EIN) | **46-4540735** | |
|---|---|---|---|

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **720 York Road**<br>**Gettysburg, PA 17325** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Adams** | Location of principal assets, if different from principal place of business |
| County | **720 York Road Gettysburg, PA 17325** |
| | Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | | |
|---|---|---|---|

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

___5323___

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | _____ | Relationship _____ |
| District | _____ When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

███████ **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 14, 2023**
             MM / DD / YYYY

**X** **/s/ Gary DeCroes**                                   **Gary DeCroes**
Signature of authorized representative of debtor              Printed name

Title   **Member**

**18. Signature of attorney**

**X** **/s/ Brent C. Diefenderfer**                    Date **September 14, 2023**
Signature of attorney for debtor                          MM / DD / YYYY

**Brent C. Diefenderfer 93685**
Printed name

**CGA Law Firm**
Firm name

**135 North George Street**
**York, PA 17401**
Number, Street, City, State & ZIP Code

Contact phone   **717-848-4900**     Email address   **Bdiefenderfer@cgalaw.com**

**93685 PA**
Bar number and State

| Debtor name | **Gettysburg Rental and Outdoor Power Equipment Center, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF PENNSYLVANIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Bottomline 100 International Dr., Suite 200 Portsmouth, NH 03801** | | **Unsecured line of credit** | | | | **$17,000.00** |
| **CAN Capital, Inc. 1850 Parkway Pl SE Marietta, GA 30067-4439** | | **All corporate assets** | | **$22,000.00** | **$0.00** | **$22,000.00** |
| **CAN Capital, Inc. 1850 Parkway Pl SE Marietta, GA 30067-4439** | | **Business Loan** | | | | **$37,542.00** |
| **Capital One P.O. Box 71083 Charlotte, NC 28272-1083** | | **Credit card** | | | | **$14,000.00** |
| **Citibank N.A. P.O. Box 70166 Philadelphia, PA 19176-0166** | | **Credit card** | | | | **$14,600.00** |
| **Citizens Bank PO Box 42008 Providence, RI 02940-2008** | | **Credit card** | | | | **$99,000.00** |
| **Edward R. Davies 53 Hunters Trail Gettysburg, PA 17325** | | **Unsecured Business Loan** | | | | **$34,580.00** |
| **E Advance Services 370 Lex Ave. Suite 801 New York, NY 10017** | | **All corporate assets** | | **$17,000.00** | **$0.00** | **$17,000.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **East Hudson Capital d/b/a Global Funding Experts 27-01 Queens Plaza N Queens, NY 11101** | | **All corporate assets** | | **$32,000.00** | **$0.00** | **$32,000.00** |
| **Elan Cardmember Service P. O. Box 790408 Saint Louis, MO 63179-0408** | | **Credit card** | | | | **$23,000.00** |
| **Forward Financing, LLC 53 State St 20th Floor Boston, MA 02109** | | **All accounts receivable** | | **$35,000.00** | **$0.00** | **$35,000.00** |
| **Global Capital Experts 27-01 Queens Plaza, Suite 802 Long Island City, NY 11101** | | **Business Loan** | | **$38,343.84** | **$0.00** | **$38,343.84** |
| **Robert Gobrecht 340 Fleshman Mill Road New Oxford, PA 17350** | | **Unsecured Business Loan** | | | | **$23,766.00** |
| **Deborah Kunkle 447 Summit Drive Red Lion, PA 17356** | | **Unsecured Business Loan** | | | | **$21,000.00** |
| **Thomas Lease 121 West Crestlyn Drive York, PA 17403** | | **Unsecured Business Loan** | | | | **$21,000.00** |
| **M&T Bank One M&T Plaza Buffalo, NY 14203** | | **Line of Credit** | | | | **$24,000.00** |
| **On Deck Capital, Inc. 1400 Broadway 25th Floor New York, NY 10018** | | **All corporate assets** | | **$96,000.00** | **$0.00** | **$96,000.00** |
| **Surfside Capital d/b/a BizFund, LLC 315 Avenue U Brooklyn, NY 11223** | | **All accounts receivable** | | **$34,000.00** | **$0.00** | **$34,000.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Truist Financial Corporation 4251 Fayetteville Road Lumberton, NC 28358** | | **Unsecured line of credit** | | | | **$21,000.00** |
| **Truist Financial Corporation 4251 Fayetteville Road Lumberton, NC 28358** | | **Credit card** | | | | **$13,000.00** |

**United States Bankruptcy Court**
**Middle District of Pennsylvania**

In re   **Gettysburg Rental and Outdoor Power Equipment Center, LLC**      Case No.
_____
Debtor(s)      Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **September 14, 2023**           **/s/ Gary DeCroes**
                                               **Gary DeCroes**/Member
                                               Signer/Title

Date:    **September 14, 2023**           **/s/ Brent C. Diefenderfer**
                                                 Signature of Attorney
                                               **Brent C. Diefenderfer 93685**
                                               **CGA Law Firm**
                                               **135 North George Street**
                                               **York, PA 17401**
                                               **717-848-4900   Fax: 717-843-9039**

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re   **Gettysburg Rental and Outdoor Power Equipment Center, LLC**

         Debtor(s)

Case No. _____

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Gettysburg Rental and Outdoor Power Equipment Center, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

September 14, 2023
_____
Date

/s/ Brent C. Diefenderfer
_____
**Brent C. Diefenderfer 93685**

Signature of Attorney or Litigant

Counsel for   **Gettysburg Rental and Outdoor Power Equipment Center, LLC**

**CGA Law Firm**
**135 North George Street**
**York, PA 17401**
**717-848-4900 Fax:717-843-9039**
**Bdiefenderfer@cgalaw.com**